## ALLEN v. MIDWAY OIL & GAS CO.

No. 1864.   Opinion Filed May 14, 1912.

(124 Pac. 296.)

**OIL AND GAS LEASE.** Same as that in **Cedric Duff et al. v. Harwood Keaton et al., post,** 124 Pac. 291.

(Syllabus by the Court.)

*Error from District Court, Rogers County;*
*John J. Shea, Assigned Judge.*

Action by Estella M. Allen, by Charles W. Allen, guardian, against the Midway Oil & Gas Company.   Judgment for defendant, and plaintiff brings error.   Affirmed.

*Haskell B. Talley,* for plaintiff in error.

*E. J. Lambert, J. B. Tomlinson, Walter L. McVey,* and *C. J. Sloop,* for defendant in error.

WILLIAMS, J.   The facts in this case are substantially and practically the same as those in *Cedric Duff et al. v. Harwood Keaton et al., post,* 124 Pac. 291.

Under the authority of said cause, the judgment of the lower court is affirmed.

TURNER, C. J., and HAYES, KANE, and DUNN, JJ., concur.